JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LEAH KANDO,

    Plaintiff,

v.

CITY OF LONG BEACH, et al.,

    Defendants.

Case No. 2:20-cv-04520-SB-E

**FINAL JUDGMENT**

    For the reasons set forth in the Court's partial grant and partial denial of Defendants' Motion to Strike and Dismiss the First Amended Complaint (Dkt. No. 41), the Court's grant of Defendants' Motion to Dismiss certain causes of action in Plaintiff's Second Amended Complaint (Dkt. No. 53), and in the separate Order on Summary Judgment entered this day, it is:

    ORDERED AND ADJUDGED that Plaintiff Leah Kando shall take nothing on her claims against Defendants City of Long Beach, Lindsey Taylor-Law, Alfredo Magana, Nadia Klute, Michael Ogden, and Jesus Valdez. Plaintiff's claims are DISMISSED with prejudice.

    This is a Final Judgment.

Dated: October 1, 2021      _____

                          STANLEY BLUMENFELD, JR.
                          UNITED STATES DISTRICT JUDGE